UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG HINES,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br><br>        Defendant. | CASE NO. C17-0579-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 14.) Plaintiff was the prevailing party on appeal of an agency action and is therefore entitled to an award of attorney fees. (*See* Dkt. Nos. 12, 13.) Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 14). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6,179.20, expenses totaling $15.99, and costs of $5.00. (*See* Dkt. Nos. 14-1, 14-2.)

Subject to any offset allowed under the Department of Treasury Offset Program, payment of this award shall be made payable to Plaintiff's attorney Jeffrey Schwab, based upon Plaintiff's assignment of these amounts to counsel. Whether the check is made payable to Plaintiff or counsel, the check shall be mailed to Jeffrey Schwab at the following address: P.O. Drawer 1429, Moses Lake, WA 98837.

//

1       DATED this 29th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0579-JCC
PAGE - 2